Jeffrey Liao
Email: jliao@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Boulevard
Twelfth Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

*Attorney for Plaintiff*
Straight Path IP Group, Inc.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: DEC 0 9 2014
```

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STRAIGHT PATH IP GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> VERIZON COMMUNICATIONS INC., VERIZON SERVICES CORP., VERIZON BUSINESS NETWORK SERVICES INC. <br><br> Defendants. | Civil Action No. 1:14-cv-7798-AJN |

### NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(i) and the November 24, 2014 Standstill Agreement, Plaintiff Straight Path IP Group, Inc. hereby dismisses the above-titled action without prejudice. Each party shall bear its own fees and costs.

                                                                    Respectfully submitted,

DATED: November 24, 2014            **RUSS, AUGUST & KABAT**

      /s/ Jeffrey Liao
Jeffrey Liao

Jeffrey Liao
Email: jliao@raklaw.com
12424 Wilshire Boulevard
Twelfth Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

*Attorney for Plaintiff*
Straight Path IP Group, Inc.

---

In light of this dismissal, all scheduled conferences and deadlines are hereby adjourned *sine die*.

The Clerk is requested to terminate the case.

SO ORDERED.

---

SO ORDERED:

_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

12/9/14